___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
                    COUNSEL/PARTIES OF RECORD

JUN 17 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:___                          ___ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:12-CR-351-LDG-(CWH)<br>) |
| ARMANDO CASTRO-MARQUEZ, | )<br>) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On March 6, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant ARMANDO CASTRO-MARQUEZ to the criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Agreement, and shown by the United States to have the requisite nexus to the offenses to which defendant ARMANDO CASTRO-MARQUEZ pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 22; Plea Agreement, ECF No. 23; Preliminary Order of Forfeiture, ECF No. 24.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 12, 2013, through April 10, 2013, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 25.

. . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. One (1) Excam TA38 .38 caliber pistol (bearing manufacturer's serial number L66676) ; and

2. any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __17__ day of __June__, 2013.

_____
UNITED STATES DISTRICT JUDGE

2