# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARMANDO CASTRO-MARQUEZ,

    Defendant.

Case No. 2:12-cr-00351-LDG (CWH)

**ORDER**

Defendant Armando Castro-Marquez moves for voluntary dismissal of his motion to vacate, set aside, or correct criminal conviction and sentence pursuant to 28 U.S.C. §2255 (ECF No. 35). The Court will grant defendant's motion.

Accordingly, for good cause shown,

THE COURT **ORDERS** that Defendant's Voluntary Motion to Withdraw Motion to Vacate, Set Aside, or Correct a Criminal Conviction or Sentence Pursuant to 28 U.S.C. §2255 (ECF No. 35) is GRANTED. The Clerk of the Court shall modify the docket to

indicate that Defendant's Abridged Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255 (ECF No. 31) and Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255 (ECF No. 32) are WITHDRAWN.

DATED this 10 day of October, 2017.

Lloyd D. George
United States District Judge