Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**August 14, 2019**

Name of Offender: **Armando Castro-Marquez**

Case Number: **2:12CR00351**

Name of Sentencing Judicial Officer: **Honorable Lloyd D. George**

Date of Original Sentence: **June 17, 2013**

Original Offense: **Unlawful Possession of Firearm and Ammunition by Convicted Felon**

Original Sentence: **70 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **November 22, 2017**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

**Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below for a period of 90 days, and you must follow the rules and regulations of the location monitoring program.

☒ Location monitoring technology at the discretion of the probation officer.

This form of location monitoring technology will be used to monitor the following restriction on your movement in the community (choose one):

☒ You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer **(Home Detention)**.

## CAUSE

On August 7, 2019, Castro-Marquez appeared before Your Honor for revocation proceedings. Your Honor continued Castro-Marquez on his current terms with the additional requirement he participate in the C.A.R.E. Program.

As a component of the C.A.R.E. Program, while participating in Phase I, participants are required to either reside at the residential reentry center (RRC) or at their place of residence under home confinement. At the revocation hearing the undersigned did not address this requirement with the Court.

On August 9, 2019, Castro-Marquez reported to the Probation Office and the undersigned informed Castro-Marquez of the additional requirements of either RRC or home confinement. Since the offender's home is deemed suitable home confinement appears the appropriate component while participating in Phase I. After being explained his right to the assistance of counsel and a hearing before this Court, Castro-Marquez waived those rights and has agreed to the proposed modification.

If the Court desires an alternative course of action, or requires additional information, please contact the undersigned officer at (702) 527-7278.

Respectfully submitted,

Brandee Davis
2019.08.14
14:54:32 -07'00'

Brandee Davis
Probation Officer

Approved:

Todd Fredlund
2019.08.14
12:59:47 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

## THE COURT ORDERS

☐      No Action.

☐      The extension of supervision as noted above.

☒      The modification of conditions as noted above

☐      Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

_____  
Signature of Judicial Officer

 8/15/2019  
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

**District of Nevada**

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below for a period of 90 days, and you must follow the rules and regulations of the location monitoring program.

☒ Location monitoring technology at the discretion of the probation officer.

This form of location monitoring technology will be used to monitor the following restriction on your movement in the community (choose one):

☒ You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer **(Home Detention)**.

Witness _____  Signed _____
U.S. Probation Officer                          Probationer or Supervised Releasee

Date 8/9/19