UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARMANDO CASTRO-MARQUEZ,<br><br>　　　　　Defendant. | Case No. 2:12-cr-00351-KJD-CWH<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, March 2, 2021 at 9:00 a.m., be vacated and continued to  April 20, 2021  at the hour of  12:00  p .m.; or to a time and date convenient to the court.

　　　DATED this  1st  day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON

3